UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEON E. PANETTA, Secretary of Defense,<br><br>　　　　Defendant. | NO.  C13-39RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

　　　　This matter comes before the Court *sua sponte*.  The complaint in this matter was filed on January 8, 2013.  To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m).  The Court having given Plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

　　　　IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

　　　　DATED this 20th day of September, 2013.

　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT